UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL NO. 10-10543-NG |
| | ) | |
| CLYDE RICHARD FANNING | ) | |

ORDER

After a status conference with counsel for the parties and after consideration of the April 11, 2011 Risk Assessment Panel report, the Court orders the Bureau of Prisons to file with this Court a further Risk Assessment Panel report on Mr. Fanning's status on or before October 31, 2011. In particular, the BOP shall report whether it believes Mr. Fanning may be eligible for conditional release under section 4246(e)(2).

/s/ Nancy Gertner,
U.S. District Court Judge

Dated: 6/23/11